# Mt Terrace

April 14, 2003

## Equal Employment Opportunity Policy

In order to provide equal employment and advancement opportunities to all individuals, employment decisions at Mt Terrace are based on merit, qualifications and abilities. Mt Terrace does not discriminate in employment on the basis of race, color, religion, sex, national origin, age, disability, ancestry, sexual orientation, marital status, military service, veteran status or any other characteristic protected by law.

## JOB DESCRIPTION FOR MAINTENANCE PERSONNEL

Mt Terrace has a very small but effective maintenance staff of two individuals and one custodial person. As such the maintenance staff has a wide range of duties to maintain the building and grounds in as pristine condition as is possible. Mt Terrace has a strong reputation as a prestigious, well-maintained property. Our residents are justifiably proud of their condominium homes and the surrounding property. Our maintenance staff is tasked with a high degree of competence and professionalism. The following is a description of objectives and responsibilities of our maintenance staff. This information is not all-inclusive. Maintenance and repair projects will arise as our needs require. Given the size of our work-force, all staff members are expected to assist in on whatever tasks are assigned to them.

Goals and Objectives:
Our goal is to provide the highest quality maintenance services to the condominium building and grounds in a safe, timely and efficient manner. In this regard, punctuality, diligence and teamwork are expected. Maintenance personnel are expected to take pride in their work and at all times, to show courtesy and respect for our "customers" the condominium owners and residents.

Supervision:
Your primary supervisor is the Manager. Take direction regarding duties and priorities from him only. When residents have requests or suggestions, politely refer them to the Manager for evaluation and prioritization. Safety issues must be brought to the Manager's attention immediately.

Essential Job Functions:

Painting:
- Proper preparations such as wire brushing rust.
- Applying rust inhibitor.
- Prime coat if necessary.
- Proper finish coats
- Paint parking strips and numbers

Electrical work:
- Trouble shooting electrical problems
- Installing electrical motors
- Changing light bulbs (Our policy is to replace burnt out light bulbs and other small repairs within 24 hours of notification except on weekends.)
- Replacing ballast's
- Replacing light switches
- Installing fixtures

1

EXHIBIT D

Job Description
For Maintenance Personnel
continued,

Plumbing maintenance:
- Clean out sink drains
- Replace toilet flush mechanisms
- Repair minor leaks
- Install flex connections
- Replace wax rings on toilets
- Replace small valves

Landscaping:
- Repair sprinkler system pipes and heads
- Trim overhanging tree limbs and clean out brush and dead leaves.
- Remove overgrown or dead trees and roots.
- Remove grass or weeds that grow in sidewalk cracks.

Custodial:
- Clean and wash down pool area on Fridays & Mondays or as necessary.
- Sweep and clean garage area including stairwells.
- Clean and sweep high rise stairwells.
- Clean Lobby bathroom and cart room.
- Wash down and clean behind large trash bins and trash room area.
- Spray for roaches in trash room and trash bins.
- Disinfect and deodorize trash room and trash bins.
- Cut-up large boxes before placing them in trash bins.
- Transfer trash from one bin to the other when the bin under the chute is getting full.
- Compress trash in the bin that is not under the chute. Only if absolutely necessary should you exchange bins to put the less full bin under the chute. Use two people to accomplish this task.

Recycle:
- Collect recycle materials from apartment floor trash rooms and bring to Lobby and place into large recycle bins on Monday, Wednesday and Friday.

Additional Essential Job Functions:
- Assist Doorperson as needed if called upon by them to carry heavy items, etc.
- Seal coat terrazzo walkways to garage and mezzanine.
- Power wash front driveway and Park area sidewalks.
- Clean out apartment planter boxes if directed by the Manager.
- Pad elevator and floors and openings for moves or contractors bringing in equipment.
- Install, take down and store Holiday decorations.
- Fill in for absent Door personnel when replacements cannot be located on short notice.
- Watco oil the Koa paneling in the lobby and mezzanine areas.

Other Tasks:
- Review every morning and throughout the day the maintenance log for problems or maintenance items noted by the Doorpersons or Manager for repair or attention. Maintenance persons are to review this list when they are in between projects or are not sure what project to work on next.

2

Job Description
For Maintenance Personnel
continued,

- Regularly recurring tasks are set out in the attached "Maintenance & Custodial Department Work & Duty Schedule" which describes daily, weekly, monthly, quarterly, thrice annually, semi-annual and annual projects.

Physical Requirements:

Check Physical demands that apply:

1. Strength
    a. Standing ☑ 90% of time
       Walking ☑ 90% of time
       Sitting ☑ 10% of time
    b. Lifting ☑ 50 to 100 lbs.
       Carrying ☑ 50 lbs.
       Pushing ☑ 200 lbs.
       Pulling ☑ 200 lbs.
2. Climbing ☑
   Balancing ☑
3. Stooping ☑
   Kneeling ☑
   Crouching ☑
   Crawling ☑
4. Reaching ☑
   Handling ☑
5. Speaking ☑
   Hearing ☑
6. Seeing ☑
   Depth Perception ☑
   Color Vision ☑

Safety:
Safety is "Job One" at Mt Terrace. If you are not familiar with a job or are unsure of how to safely proceed please contact the Manager for advice and assistance. Always be aware of yourself and your fellow workers safety. Do not attempt to extend yourself beyond your limits. Always wear prescribed safety equipment, such as goggles, painting masks, helmets and earplugs when the application requires.

General Considerations:
The Manager assigns all work and projects to the person who is either best qualified or available at the particular time the work needs to be accomplished.
The above tasks reflect only the major items that fall under the maintenance person's duties. Each day the Maintenance staff must meet with the Manager in his office at 8:00 AM to review tasks for the day and any special projects he may deem necessary to be accomplished as directed by the Board. An annual meeting is held with the staff at an opportune time during each year to outline the Board of Directors Projects and Goals to be accomplished for the year.
Mt Terrace employees are not allowed to accept monitory gratuities from residents. A "Holiday Fund" is conducted at the end of the year for residents to show their appreciation for your services throughout the year. The funds received are fairly divided among all employees employed in December of that year.

Employment-At-Will:
This Job Description is not a contract and the employee understands that employment at Mt. Terrace is "at will". **Both you and the employer reserve the right to terminate your employment relationship with or without notice and with or without cause.**

Off Hours Work in Residents Apartments:
No outside work of any kind will be allowed during your regular working hours. If a resident should solicit your assistance for an "after hours" project it must first be approved by the Manager who will consider, among other things, it's complexity and risk of liability to the Mt Terrace.

3

Job Description
For Maintenance Personnel
continued,

The Association will require both you and the resident to release and indemnify the Association, its employees and the Managing Agent in connection with any damages or injuries sustained in connection with the work.  The Manager may approve the project after you sign the proper approval list showing the times and days that you will be in the premises performing the work.  The resident must be in the premises during the time the work is performed or they must agree in writing for you to work alone in the apartment.  Compensation for the services provided are between the Maintenance person and the resident.  You are advised to follow the contractors working hours as set forth in the "House Rules".  Noise complaints will result in the Manager stopping your work and recommending that the resident hire a contractor that can work during accepted working hours.  The Manager will not approve larger projects that require days or weeks to complete.

**<u>Employee Acknowledgement:</u>**

I acknowledge that I have received and understand the forgoing Job Description.


_____              _____
Employee Signature                                              Date



_____
Print your name here

4

Job Description
For Maintenance Personnel
continued,

The Association will require both you and the resident to release and indemnify the Association, its employees and the Managing Agent in connection with any damages or injuries sustained in connection with the work. The Manager may approve the project after you sign the proper approval list showing the times and days that you will be in the premises performing the work. The resident must be in the premises during the time the work is performed or they must agree in writing for you to work alone in the apartment. Compensation for the services provided are between the Maintenance person and the resident. You are advised to follow the contractors working hours as set forth in the "House Rules". Noise complaints will result in the Manager stopping your work and recommending that the resident hire a contractor that can work during accepted working hours. The Manager will not approve larger projects that require days or weeks to complete.

**Employee Acknowledgement:**

I acknowledge that I have received and understand the forgoing Job Description.

_____      2-26-13
Employee Signature                  Date

_____
James V. Hall
Print your name here