# TOUCHSTONE PROPERTIES, LTD.
## EMPLOYEE PERFORMANCE EVALUATION

Project: _MT. TERRACE_
Employee Name: _JAMES HALL_
Position: _MAINTENANCE_
Date of Evaluation: _1-13-14_
Evaluating Manager: _RICHARD BOYD, MGR_
Date of Hire: _2-26-13_

Place a check mark (✓) in the square below which best describes this employee's performance during the period since last rating.

### QUALITY - Quality of Work Performed:

( ) 1. Rarely finds errors in his/her work.
(✓) 2. Few errors for amount of work he/she accomplishes.
( ) 3. Acceptable quality; average number of errors.
( ) 4. Work often needs careful inspection.
( ) 5. Careless in his/her work.

### QUANTITY - Output of Work:

( ) 1. Consistently accomplishes more than expected.
( ) 2. Frequently accomplishes more than expected.
(✓) 3. Accomplishes his/her duties, but seldom performs more than what is expected.
( ) 4. Does not always meet standard required.
( ) 5. Frequently fails to do his/her fair day's work.

### JOB KNOWLEDGE - How Well Does Employee Understand Requirements of His/Her Job:

( ) 1. Thoroughly understands all aspects of responsibilities/duties.
( ) 2. More than adequate knowledge of responsibilities/duties.
(✓) 3. Has sufficient knowledge to perform duties.
( ) 4. Lacks knowledge in some areas of responsibilities/duties; needs training.
( ) 5. Insufficient knowledge of responsibilities/duties; needs constant supervision and usually needs to be instructed on daily tasks.

Touchstone Properties, Ltd.
Employee Performance Evaluation
Page 2

**INITIATIVE** - How Well Does Employee Begin Assignment Without Direction

( )   1.   Self starter; makes practical decisions; works without supervision.
(✓)  2.   Performs assigned duties voluntarily and readily accepts suggestions; needs little supervision.
(✓)  3.   Does regular work without prompting; requires some supervision.
( )   4.   Relies on others; needs help getting started.
( )   5.   Must usually be told what to do.

**ABILITY TO LEARN**

( )   1.   Learns very quickly; does not need to be instructed twice.
(✓)  2.   Learns quickly.
( )   3.   Average comprehension.
( )   4.   Frequently needs detailed instructions.
( )   5.   Learns slowly; poor memory; needs constant supervision.

**RESPONSIBILITY** - How Does Employee Accept Responsibilities of His/Her Job:

( )   1.   Accepts all responsibilities of his/her job.
(✓)  2.   Usually accepts and fulfills his/her responsibilities of job.
( )   3.   Accepts but does not seek responsibility.
( )   4.   Reluctant to perform some assigned tasks.
( )   5.   Avoids responsibility.

**ATTITUDE** - Willingness to Cooperate and Carry Out Instructions:

( )   1.   Team worker; enjoys working with others; little or no supervision.
( )   2.   Shows enthusiasm; welcomes constructive criticism.
(✓)  3.   Cooperative; follows instructions.
( )   4.   Passive resistance; resents follow up.
( )   5.   Argumentative; poor cooperation.

01001132

**PERSONALITY** - Ability to Get Along With People:

( ) 1. Exceptional ability for getting along with people.
(✓) 2. Well liked; respected.
( ) 3. Generally reasonable; meets others halfway.
( ) 4. Sometimes hard to get along with.
( ) 5. Often hard to get along with.

---

**ATTENDANCE** - Amount and Attitude Towards Absenteeism:

( ) 1. Rarely absent from work.
( ) 2. Satisfactory attendance and punctuality.
(✓) 3. Occasionally absent or tardy.
( ) 4. Frequently absent or tardy.

DIVORCE INFLUENCED

---

**APPEARANCE**

(✓) 1. Always neat and business-like in appearance.
( ) 2. Usually neat and business-like in appearance.
( ) 3. Frequently careless in appearance.
( ) 4. Seldom neat and business-like in appearance.

---

**Supervisor's Comments:** Describe how well the individual is performing his/her duties. How it compares with previous periods; consider such factors as initiative, creativity, resourcefulness, ability to work with others, work under pressure, follow through, willingness to accept responsibility, ability to present and sell ideas, demonstrated effort toward self-improvement, control of costs, and where applicable, the successful utilization and development of subordinates, ability to relate individual efforts to broad company objectives, etc.)

JAMES CURRENTLY HAS SOME PERSONAL PROBLEMS (DIVORCE) THAT REGULARLY CONSUMES HIS ATTENTION AT WORK. CONTINUOUS CELL PHONE USE DURING WORK HOURS DISTRACTS HIS ATTENTION ALSO. IT ALSO FRUSTRATES FELLOW WORKERS

Strengths: HONEST GOOD PERSON, SMART WITH ELECTRICAL WORK & OTHER MAINTENANCE PROJECTS, LOYAL EMPLOYEE

01001133

Touchstone Properties, Ltd.
Employee Performance Evaluation
Page 4

Areas which need improvement/development: <u>LIMIT CELL PHONE USE DURING WORK HOURS.</u>
<u>REDUCE CONVERSATIONS WITH RESIDENT TO SHORT QUICK ANSWERS</u>

Development Plan: (List specific plans for improvement, objectives to be achieved, scheduled activities to be undertaken and timetable for same.)
* LEAVE CELL PHONE IN MGMT OFFICE BEFORE & AFTER LUNCH BREAK
* ANNOUNCES TO FELLOW WORKERS HIS LOCATION IF WORKING ALONE
* UNLESS CHANGES OCCUR IN RULES - YOU MAY BE TERMINATED

Employee's Comments: I feel that I Am consistently harassed by Grandma and by her son Aldrin. Aldrin has had a problem with every person that he has worked with. My expertise in electrical and motor maintenance has saved Mt. Terrace tens of thousands of Dollars just in the 10 months that I have been here.

_____
Employee's Signature

_____
Resident Manager's Signature

1-13-14
Date

01001134