IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JAMES H. HALL, | ) | CASE NO. 1:16-cv-00552 JMS-KSC |
| | ) | |
| Plaintiff, | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MT TERRACE AOAO [Association of | ) | |
| Apartment Owners], An | ) | |
| Unincorporated Association and | ) | No trial date set. |
| TOUCHSTONE PROPERTIES, LTD., | ) | |
| A Domestic Profit Corporation And the | ) | |
| Unknown Doe Defendants, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on August 24, 2017, on the following via CM/ECF.

> JAMES H. HALL
> P.O. Box 26085
> Honolulu, HI 96825

> Plaintiff, *Pro Se*

DATED:  Honolulu, Hawaii, August 24, 2017.

/s/ David R. Major\
KARIN L. HOLMA\
DAVID R. MAJOR\
Attorneys for Defendants

465682-1